**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Daryl Andre FULLER, Defendant–
Appellant.**

**No. 11–7625.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2012.

Decided: April 3, 2012.

Daryl Andre Fuller, Appellant Pro Se. Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daryl Andre Fuller appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Fuller,* No. 7:98–cr–00076–HMH–1 (D.S.C. Nov. 16, 2011). We dispense with oral argument because the facts and legal con-

tentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*